UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| | : | VIOLATIONS: |
| YOLANDA SUTTON, and | : | 21 U.S.C. §841(a)(1) |
| ALONDO SUTTON, | : | and §841(b)(1)(C) |
| Defendant. | : | (Unlawful Distribution of Cocaine Base) |
| | : | 21 U.S.C. §841(a)(1) |
| | : | and 841(b)(1)(B)(iii)) |
| | : | (Unlawful Distribution of 5 Grams or More |
| | : | of Cocaine Base) |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about November 16, 2007, within the District of Columbia, **YOLANDA SUTTON**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)©))

**COUNT TWO**

On or about November 20, 2007, within the District of Columbia, **YOLANDA SUTTON and ALONDO SUTTON**, did unlawfully, knowingly and intentionally distribute a mixture and

substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and **Aiding and Abetting**, in violation of Title 18, United States Code, Section 2)

### COUNT THREE

On or about December 6, 2007, within the District of Columbia, **ALONDO SUTTON**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

### COUNT FOUR

On or about December 21, 2007, within the District of Columbia, **YOLANDA SUTTON and ALONDO SUTTON**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II

narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

>(**Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and **Aiding and Abetting**, in violation of Title 18, United States Code, Section 2)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.