# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>ALONDO SUTTON<br><br>FILED<br>FEB 2 5 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | DOCKET NO: 08-029-02 | MAGIS. NO: |
|---|---|---|
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Alondo Sutton | |

| DOB: | PDID: |
|---|---|

| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST | |
|---|---|---|---|
| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF COCAINE BASE
UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE
AIDING AND ABETTING

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(B)(iii); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE KAY | DATE ISSUED:<br>2/14/08 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>2/14/08 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 25 Feb 2008 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 25 Feb 2008 | Byars, Robert C USMS | |
| HIDTA CASE:  Yes   No  X | | OCDETF CASE:  Yes   No  X |

1445417