UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. 08-29 (RBW)** |
| : | |
| **ALONDO SUTTON** : | |
| : | |
| **Defendant** : | |
| : | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of undersigned counsel in this case on behalf of Alondo Sutton , defendant, effective February 25, 2008. .

/s/_____
JOANNE VASCO, ESQUIRE
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
Attorney for Alondo Sutton

[X]   CJA

[ ]   Retained