UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Number 08-29 (RBW) |
| | : | |
| ALONDO SUTTON, | : | |
| | : | |
| defendant | : | |
| | : | |

## MOTION FOR MODIFICATION OF RELEASE CONDITIONS

Alondo Sutton, defendant herein, through counsel, respectfully requests that this court modify his conditions of release and place him into the High Intensity Supervision Program (HISP).

1. Mr. Sutton has been indicted, along with his mother, Yolanda Sutton in a four-count indictment for distribution of cocaine base. Mr. Sutton was named in three counts of the indictment.

2. On February 26, 2008, Mr. Sutton appeared before the court for a detention hearing. On that date, the D.C. Pretrial Services Agency stated that once a land line was installed in the home of Shavon Stewart, a friend who had agreed to provide a residence for him, Mr. Sutton would be eligible for placement into HISP.

3. Mr. Sutton was placed in a work release program at Hope Village, where he remains. He has diligently followed all rules and regulations of Hope Village.

4. Within a week after placement at Hope Village, Mr. Sutton was re-employed by the D.C. Department of Employment Services, Office of Youth Programs located at 625 H Street, N.E. His supervisor, Kimble Teel, Manpower Development Specialist, reports that he is a dependable and competent worker and that she is satisfied

with his work performance in every way.  Ms. Teel can be reached at 202-698-4986 during business hours.

     5.     Mr. Elijah Jackson, Mr. Sutton's uncle, is willing to provide a residence for Mr. Sutton should the court grant this motion.  Mr. Sutton resides at 3535 Jay Street, NE, #301, Washington, DC.  He has been employed for 1-1/2 years at Bread & Chocolate in Alexandria, Virginia.  Mr. Jackson has a land line at his residence.  The number is 202-399-4679.

     WHEREFORE, Mr. Sutton requests that this court grant his motion and place him into the High Intensity Supervision Program.

                                                     Respectfully submitted,

                                                     /s/ Joanne Vasco

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | **Criminal Number 08-29 (RBW)** |
| : | |
| **ALONDO SUTTON,** : | |
| : | |
| defendant : | |
| : | |

## ORDER

Upon consideration of defendant Alondo Sutton's motion for modification of bond conditions, and any opposition thereto,

The motion be and hereby is **GRANTED**

And it is this _____ day of _____, 2008,

**ORDERED**, that Mr. Sutton shall be placed in the High Intensity Supervision Program.

_____
**Reggie B. Walton**
**United States District Judge**