**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

MAY   7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ALONDO SUTTON, | ) |
| | ) |
|       Defendant. | ) |
| | ) |

Criminal Action No. 08-29-02 (RBW)

**ORDER**

The Court having reviewed the Motion for Modification of Release Conditions filed by

the defendant, and it appearing to the Court that a status hearing has already been scheduled in

this case for May 9, 2008, at 1:30 p.m., it is

**ORDERED** that the Clerk of the Court shall set the defendant's motion for hearing on

May 9, 2008, at ~~1:45~~ 1:30 p.m.

**SO ORDERED** this ___6th___ day of May, 2008.

REGGIE B. WALTON
United States District Judge