**FILED**

**MAY 9 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Number 08-29 (RBW) - 2 |
| ALONDO SUTTON, | : | |
| defendant | : | |

## ORDER

Upon consideration of defendant Alondo Sutton's motion for modification of bond conditions, and any opposition thereto,

The motion be and hereby is **GRANTED**

And it is this _9th_ day of _May_, 2008,

**ORDERED**, that Mr. Sutton shall be placed in the High Intensity Supervision Program.

_____
**Reggie B. Walton
United States District Judge**