UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 08-029 (RBW)** |
| | : | |
| v. | : | |
| | : | |
| **YOLANDA SUTTON,** | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Patrick Costello, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No: 498610

_____
B. PATRICK COSTELLO, JR.
Assistant United States Attorney
Federal Major Crimes , Bar No. 483231
555 4th Street, NW, Room 4235
Washington, DC 20530
202-514-7499