UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 08-29-01 (RBW) |
| | : | |
| ALONDO SUTTON, | : | |
| | : | |
| Defendant | : | |
| | : | |

**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

Alondo Sutton, through counsel, respectfully requests that this court grant him permission to travel outside of the Washington, D.C. area Friday through Sunday, August 22-24, 2008.

1,   On May 16, 2008, Mr. Sutton was placed into the High Intensity Supervision Program on May 16, 2008 by the Honorable Reggie B. Walton. He continues to participate in the program without incident.

2.   On June 11, 2008, Mr. Sutton entered a guilty plea in this case and is scheduled to be sentenced October 31, 2008.

3.   Mr. Sutton's family (paternal) will be holding a family reunion in Norfolk, Virginia on Saturday, August 23, 2008. His grandmother will be traveling to Washington from Norfolk to pick him up and transport him to the reunion should the court grant this motion.

4.   Mr. Sutton requests permission to leave the area Friday the 21st at 6 p.m. and return no later than Sunday, the 23rd at 10 p.m.

5.   Assistant United States Attorney B. Patrick Costello, Jr. does not oppose this motion.

**WHEREFORE**, Alondo Sutton requests that this court grant his motion and issue an order suspending the electronic monitoring condition of his release for the period Friday evening, August 21 through Sunday evening, August 23, 2008.

Respectfully submitted,

/s/_____
JOANNE VASCO, ESQUIRE
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
Attorney for Alondo Sutton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 08-29-01 (RBW) |
| : | |
| ALONDO SUTTON, : | |
| : | |
| Defendant : | |
| : | |

## ORDER

Upon consideration of Alondo Sutton's unopposed motion to travel to Norfolk, Virginia Friday, August 22 through Sunday, August 24, 2008, the motion is

**GRANTED**, and it is this _____ day of August, 2008,

**ORDERED,** that Mr. Sutton's electronic monitoring condition of release be suspended during the period 6 p.m. Friday, August, 22 through 10 p.m. Sunday, August 24, 2008.

_____
REGGIE B. WALTON
United States District Judge