**FILED**

**AUG 1 9 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 08-29-01 (RBW) |
| : | |
| ALONDO SUTTON, : | |
| : | |
| Defendant : | |

## ORDER

Upon consideration of Alondo Sutton's unopposed motion to travel to Norfolk, Virginia Friday, August 22 through Sunday, August 24, 2008, the motion is

**GRANTED**, and it is this ___18th___ day of August, 2008,

**ORDERED,** that Mr. Sutton's electronic monitoring condition of release be suspended during the period 6 p.m. Friday, August, 22 through 10 p.m. Sunday, August 24, 2008.

_____
REGGIE B. WALTON
United States District Judge